3433

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 3:16-cv-01675 |
| ) | |
| v. ) | JUDGE TERRENCE G. BERG |
| ) | |
| ENHANCED RECOVERY ) | MAGISTRATE JUDGE ALISTAIR NEWBERN |
| COMPANY, LLC ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL

The parties, by and through pro se Plaintiff and undersigned counsel, state that they have settled all claims asserted in this action by and between the parties. Accordingly, the parties hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1) that all claims asserted in this action are hereby dismissed with prejudice.

[Signatures appear on the following page.]

**SUBMITTED FOR ENTRY BY:**


 /s/ Craig Cunningham
Craig Cunningham
5543 Edmondson Pike, Suite 248
Nashville, TN 37211

*Pro Se Plaintiff*



**DICKINSON WRIGHT PLLC**

By:   s/Joshua L. Burgener
     M. Reid Estes, Jr., No. 9043)
     Joshua L. Burgener, No. 29077)
     424 Church Street, Suite 1401
     Nashville, TN  37219
     (615) 244-6538 phone
     (844) 670-6009 fax
     restes@dickinsonwright.com
     jburgener@dickinsonwright.com

*Attorneys for Defendant*




NASHVILLE 68845-2 620804v1

2
Case 3:16-cv-01675   Document 24   Filed 11/13/17   Page 2 of 2 PageID #: 150