IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CRAIG CUNNINGHAM,

        Plaintiff,

v.

ENHANCED RECOVERY
COMPANY, LLC,

        Defendant.

Case No. 3:16-cv-01675
Hon. Terrence G. Berg
Magistrate Judge Alistair Newbern

## ORDER OF JOINT STIPULATION OF DISMISSAL

The parties have filed a Joint Stipulation of Dismissal (Dkt. 24), entered on November 13, 2017. Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file. Any pending Motions are **DENIED** as **MOOT**.

    **SO ORDERED.**

Dated: December 4, 2017    s/Terrence G. Berg
                                     TERRENCE G. BERG
                                     UNITED STATES DISTRICT JUDGE
                                     SITTING BY SPECIAL DESIGNATION

## Certificate of Service

I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served on December 4, 2017.

                                     s/J. Owens
                                     Case Manager